**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

No. 04-7249

—————————

RODNEY MORTON,

                              Petitioner - Appellant,

        versus


HELEN F. FAHEY, Chairwoman, Virginia Pardon &
Parole Board; GENE JOHNSON, Director, Virginia
Department of Corrections,

                              Respondents - Appellees.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (CA-04-428-1)

—————————

Submitted:  December 16, 2004      Decided:  December 22, 2004

—————————

Before MICHAEL, KING, and SHEDD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Rodney Morton, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rodney Morton appeals the district court's order denying relief under 28 U.S.C. § 1915A(b) (2000), on his complaint challenging matters concerning his parole file. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Morton v. Fahey, No. CA-04-428-1 (E.D. Va. July 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED